```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :   ECF Case
NORTHERN FOOD I/E, INC.                 :
AND TIANXIANG LIN,                      :
                 Plaintiffs,            :   Case No.08CV3521(CPS)(MDG)
                                        :
        - against -                     :   NOTICE OF APPEARANCE
                                        :
YIN WALL CITY, INC., SUT I. FONG,       :
SAT CHEONG, SUNNY LAKE TRADING INC.,    :
ZHAN LANG LIN, TIFFANY FOOD CORP.,      :
YEN-HSUEH CHEN AND JOHN DOES #1-10      :
                 Defendants.            :
                                        :
----------------------------------------X
```

The undersigned, David B. Horowitz, hereby enters his appearance as counsel for Defendants SUNNY LAKE TRADING INC. and ZHAN LANG LIN in the above-captioned matter.  The undersigned requests that all parties and interested persons serve copies of any and all papers, notices and correspondence on the undersigned at his address listed below.

Dated: January 29, 2010
       New York, New York

```
                            FONG & WONG, P.C.

                            By:   s/
                            David B. Horowitz, Esq. (DH-1890)
                            Attorneys for Defendants
                            SUNNY LAKE TRADING INC. and
                            ZHAN LANG LIN
                            254 Canal Street, Suite 2002
                            New York, NY 10013
                            Tel: 212-966-6668
                            Fax: 212-334-6759
                            E-mail: dh@fwatty.com
```